i am a grown man who wants to make the right decissions in life i struggle costantly with mental health but i get through it one step at a time none of what i am faceing for charges today reflects who i am as a person i now see that these actions have devasting consequences in the future i have learned from my mistakes and intend to get help upon the end of my sentence and move on with my life i deeply regret what i have done and i could have done differently i just want to go home get a job and take care of my mother i am hopeful one day i will be able to teach my children the things i have learned